IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

DARLENE GIBBS, et al, *on behalf of themselves and all others similarly situated,*

                Plaintiffs,

v.                            Case No: 3:18-cv-00676-MHL

MICHAEL STINSON, et al,

                Defendants.

---

DARLENE GIBBS, et. al., *on behalf of themselves and all others similarly situated,*

                Plaintiffs,

v.                            Case No: 3:18-cv-00048-MHL

HAYNES INVESTMENTS, LLC, et al

                Defendant.

---

**ORDER**

This matter comes before the Court on Plaintiffs' Consent Motion to Consolidate the above referenced matters. Upon consideration of the Motion, and for good cause shown, it is hereby ORDERED that the Motion is GRANTED. The Court hereby consolidates the matters *Gibbs v. Stinson*, Case No. 3:18-cv-00676-MHL (E.D. Va.), and *Gibbs v. Haynes Investments, LLC*, Case No. 3:18-cv-00048-MHL (E.D. Va.). Any future filings should be filed in *Gibbs v. Stinson*, Case No. 3:18-cv-00676-MHL (E.D. Va.) while this Order remains in effect.

IT IS SO ORDERED.

/s/ MHL
M. Hannah Lauck
United States District Judge

Dated: February 16, 2021
Richmond, Virginia

M. Hannah Lauck
United States District Judge