IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

DARLENE GIBBS, on behalf of themselves
and all individuals similarly situated,

    Plaintiffs,

v.                                    Civil Action No. 3:18-cv-00048-MHL

HAYNES INVESTMENTS, LLC, *et al.*,

    Defendants.

## ORDER

CAME NOW Defendants Haynes Investments, LLC, L. Stephen Haynes and Sovereign Business Solutions, LLC on their motion to withdraw David N. Anthony as counsel in the above-captioned matter.

For good cause shown, it is ORDERED that the motion is granted, and David N. Anthony's appearance on behalf of Haynes Investments, LLC, L. Stephen Haynes and Sovereign Business Solutions, LLC is hereby WITHDRAWN.

The Clerk is directed to send a copy of this Order to counsel of record.

IT IS SO ORDERED.

Dated: Feb. 23, 2021

/s/ M. Hannah Lauck
United States District Judge
Hon. M. Hannah Lauck
UNITED STATES DISTRICT JUDGE